## SHALLCROSS *v*. KRETSCHMER.

ERROR *assigned as to matters not of record.*   Error cannot be assigned upon the ruling of the court, in allowing a promissory note to be read in evidence, unless the note has been preserved in the record.

DAMAGES *allowed where writ has been prosecuted for delay.*   It appearing that the writ of error was prosecuted for delay, twenty per cent of the amount of the judgment below was awarded to the defendant in error.

*Error to Probate Court, Arapahoe County.*

Messrs. BROWNE & PUTNAM, for plaintiff in error.

Mr. JOHN MECHLING, for defendant in error.

Per CURIAM.   A brief filed on behalf of plaintiff in error contains the statement that a promissory note was improperly received in evidence in the court below; but the

note is not preserved in the record, and we cannot act upon the statement of counsel, unsupported by the record. The writ of error appears to have been prosecuted for delay, and we, therefore, affirm the judgment of the court below, with costs, and assess twenty per cent of the judgment below against the plaintiff in error as damages.

*Reversed.*